UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANNELLYCIS ALBERNOZ LIRA,

                    Petitioner,

        v.

UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT FIELD
OFFICE DIRECTOR,

                    Respondent.

Case No. C25-2397-RAJ

ORDER DISMISSING ACTION

The Court, having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, and the remaining record, hereby ORDERS:

(1)     The Report and Recommendation is approved and adopted.

(2)     This action is DISMISSED for failure to satisfy the filing fee requirement.

(3)     The Clerk is directed to send copies of this Order to Petitioner and to the Honorable S. Kate Vaughan.

DATED this 5th day of May, 2026.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER DISMISSING ACTION - 1